**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 09-6007**

_____

UNITED STATES OF AMERICA,

            Plaintiff – Appellee,

      v.

JOHNNY RAY ADAMS,

            Defendant – Appellant.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington.  James C. Fox, Senior District Judge.  (5:96-cr-00132-F-1)

_____

Submitted:  April 16, 2009            Decided:  April 27, 2009

_____

Before WILKINSON, NIEMEYER, and SHEDD, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Johnny Ray Adams, Appellant Pro Se.  Rudolf A. Renfer, Jr., Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Johnny Ray Adams appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion. We have reviewed the record and find no reversible error. <u>See</u> <u>United States v. Hood</u>, __ F.3d __, 2009 WL 416979 (4th Cir. 2009). Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Adams</u>, No. 5:96-cr-00132-F-1 (E.D.N.C. Dec. 17, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>